Brief #01-18-00156-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

MAY 2 4 2018

CHRISTOPHER A. PRINE
CLERK

I Porche Phillips (defendant) demand that Cullen Park Apartments (plaintiff) produce all paper work, receipts, and demand letters to vacate the property. When I received the packet that I had given the (plaintiffs) most of the receipts were gone. I also demand all computer records from Plaintiff's both from non-payments and eviction notices. I will subpoena for monthly reconciliation of accounts from the property. The question arises that if I did not pay for a year, why was I not evicted. I never received any notice: however, see attached **case #177200446450** that judgement for Plaintiff on 10/10/2017 was denied.

Porche Phillips
281-515-0395